UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ELLIOT JAMES BROWN,

        Plaintiff,

                              Case No. 05-CV-74781
vs.                            HON. GEORGE CARAM STEEH

UNITED STATES ATTORNEY GENERAL, et al.

        Defendants.
_____/

## ORDER DENYING MOTION TO "STRIKE" (#5) AS ON RECONSIDERATION, AND DENYING MOTION TO AMEND (#6) AS MOOT

On December 23, 2005, pro se plaintiff Elliot Brown was granted in forma pauperis status under 28 U.S.C. § 1915(a)(1), and his claims were thereafter dismissed under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as frivolous and as failing to state any claim on which relief could be granted.  December 23, 2005 Order.  Plaintiff alleged that the United States Attorney General, Drug Enforcement Agencies of the State of Michigan, the Michigan Utility Commission, Talk America, ATT, and SBC were liable for $1.0 Billion in damages for "invasion of privacy unethical practices" and "racial profiling and other issues regarding the same."  Such were the full extent of plaintiff's allegations.

Plaintiff filed the instant motion on January 11, 2006 seeking to "strike" the court's order dismissing his claims.  Plaintiff argues that the defendants named in his complaint have been spying on him in his apartment for a generation using digital service lines on his utility services.  Construed as a motion for reconsideration, plaintiff has failed to show that the court erred in dismissing his claims under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).  See

E.D. Mich. LR 7.1(g)(3).

Plaintiff filed a subsequent motion on January 18, 2006 seeking leave to file amended claims. The motion was filed nearly a month after this lawsuit was properly dismissed. Plaintiff's motion for leave to file amended claims is thus moot.

Plaintiff's motion to "strike" is hereby DENIED as on reconsideration. Plaintiff's motion for leave to file amended claims is hereby DENIED as MOOT. With the exception of a notice of appeal, plaintiff is hereby BARRED from filing further motions or pleadings in this lawsuit.

SO ORDERED.

        s/George Caram Steeh  
        GEORGE CARAM STEEH  
        UNITED STATES DISTRICT JUDGE

Dated: January 23, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on January 23, 2006, by electronic and/or ordinary mail.

        s/Marcia Beauchemin  
        Deputy Clerk